**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BAKYTBEK ABDRAIMOV, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Case No. 26-cv-1471 |
| v. | ) | |
| | ) | Honorable Joan B. Gottschall |
| SAM OLSON, Field Officer Director, | ) | |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |

## <u>ORDER</u>

In his response filed on this date, Dkt. No. 15, petitioner Bakytbek Abdraimov advises that he disputes respondents' contentions concerning the alleged revocation of his parole. *See* 8 C.F.R. § 212.5(e). However, the scant documents currently in the record do not provide the court with an evidentiary basis for determining petitioner's immigration status, the basis and status of his asylum application, the basis and status of his removal proceedings, and what, if any, documents exist concerning petitioner's arrest and the decision to detain him. The court needs this information to have a complete picture before analyzing the complex questions the parties have raised concerning 8 U.S.C. §§ 1225(b)(1)(B)(iii)(IV) and 1226(a), as well as 8 C.F.R. § 212.5(e).

Accordingly, the court orders as follows:

1. The parties must supplement the record in this case with petitioner's immigration records. The record should be supplemented as soon as practicable and in any event by no later than March 6, 2026;

2. The parties may then simultaneously file supplemental memoranda of law by and including March 11, 2026; and

3. Any responses will be due by and including March 13, 2026.

Date: February 27, 2026                                    /s/ Joan B. Gottschall

_____
United States District Judge